IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01168-BNB

CLARENCE E. HASSLER,
Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 3 2008

GREGORY C. LANGHAM
                    CLERK

---

ORDER DIRECTING APPLICANT TO FILE SECOND AMENDED APPLICATION

---

Applicant, Clarence E. Hassler, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Crowley County Correctional Facility in Olney Springs, Colorado. Mr. Hassler filed *pro se* an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (1994). He has paid the $5.00 filing fee. For the reasons stated below, Mr. Hassler will be ordered to file a second amended application.

The Court notes that Mr. Hassler has named an improper Respondent. He may not sue "The People of the State of Colorado." **See** amended application at 1. The law is well-established that the only proper Respondent to a habeas corpus action is the habeas applicant's custodian. **See** 28 U.S.C. § 2243; Rule 2(a), Rules Governing Section 2254 Cases in the United States District Courts; and **Harris v. Champion**, 51 F.3d 901, 906 (10th Cir. 1995). **See also** Rule 2(b) of the Section 2254 Rules. In addition, the Court-approved form for filing a habeas corpus application notes that Applicant must name as a Respondent his "warden, superintendent, jailer, or other

custodian." *See* amended application at 1. Therefore, Mr. Hassler will be directed to file on the proper, Court-approved form a second amended application that names the proper Respondents. Accordingly, it is

ORDERED that Mr. Hassler file **within thirty (30) days from the date of this order** a second amended application that names the proper Respondents for the reasons discussed in this order. It is

FURTHER ORDERED that Mr. Hassler's second amended application shall be titled, "Second Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Hassler, together with a copy of this order, two copies of the following form to be used in filing the second amended application: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Sample fails within the time allowed to file a second amended application as directed, the amended application will be denied and the action dismissed without further notice.

DATED June 23, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01168-BNB

Clarence E. Hassler
Prisoner No. 99144
Crowley County Corr. Facility
6564 State Hwy. 96 - 2D - 4412
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 form** to the above-named individuals on 6/23/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk